IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-217-MR-DCK

| | |
|---|---|
| JEFFERY WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| METROPOLITAN SEWERAGE DISTRICT ) | |
| OF BUNCOMBE COUNTY; THOMAS E. ) | |
| HARTYE; JAMES HEMPHILL; and ) | |
| MATTHEW WALTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Extension Of Time To Respond To Discovery" (Document No. 19) filed June 23, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Extension Of Time To Respond To Discovery" (Document No. 19) is **GRANTED**. Plaintiff shall have up to and including **July 25, 2016** to respond to Defendants' discovery requests.

Signed: June 23, 2016

_____
David C. Keesler
United States Magistrate Judge